UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                            Case No. 10-CR-12

TRAVIS LUEDKE and
MICHAEL RAMER,

          Defendants.

## GOVERNMENT'S MOTION FOR
## REVOCATION OF RELEASE ORDER

      On August 23, 2010, defendant Michael Ramer appeared before United States Magistrate Judge Bernardo P. Velasco in the District of Arizona. Following that hearing, Judge Velasco ordered Ramer released on personal recognizance. By this motion, the government seeks revocation of Judge Velasco's order of release. By August 27, 2010, the government will file a supporting memorandum setting out the factual and procedural background of this case and explaining the basis for the government's request.

      Respectfully submitted this 24th day of August, 2010.

                                  JAMES L. SANTELLE
                                  United States Attorney
            By:

                                  s/Gregory J. Haanstad
                                  First Assistant United States Attorney
                                  Gregory J. Haanstad: 1036125
                                  Attorney for Plaintiff
                                  Office of the United States Attorney
                                  Eastern District of Wisconsin
                                  517 East Wisconsin Avenue, Room 530
                                  Milwaukee, Wisconsin 53202
                                  Telephone: (414) 297-4581, Fax: (414) 297-1738
                                  E-Mail: greg.haanstad@usdoj.gov