*Defense exhibits*

*10 CR 12*

## Table of Contents

1000   1.) Confidential Consulting Agreement
1001   2.) Purchase of Equipment
1002   3.) Purchase of Land
1003   4.) Title to Property
1004   5.) Exploration Title
1005   6.) Development Title
1006   7.) Mexican Lawsuit
1007   8.) Proof of Ownership (Castro)
1008   9.) Evaluation
1009a   10.) a.) Geology Report/San Jose Mine
1009b       b.) Report Update
1010a   11.) a.) Geology Report/El Encinal I
1010b       b.) Report Update
1011   12. Letter Re: Credentials of Appraiser
1012   13. Photos of Mine and Mill Properties

1013   14. a)   ACCOUNTING OF WESTERN CORPORATE MANAGEMENT GROUP BANK ACCOUNT – CROSS REFERENCED TO Gov't Exhibit No. 29
- b) Summary – Use of Funds for Purchases of Mexican Mill and Mines and Equipment and other transactions, paid to Frank Turley
- c) Summary: Use of Cash Funds for Mexican Mill and Mines Project Expenses 2004 – 2005
- d) Frank Turley's Personal Bank of America Account Activities
- e) Cuesta Corporation Bank of America Account Activities signed by Frank Turley
- f) Record of Construction Fracturas for Mexican Operation
- g) List of Phone Cards
- h) Miscellaneous Cash Expenses from Receipt Books
- i) Names of the workers in Mexico on Payroll
- j) Monthly summaries of use of funds

*Defense exhibits*

## PART II

1014    15. SAMPLE OF IRREVOCABLE AGREEMENT
             Digital signature of Ramer
1015    16. Turley Death Certificate
1016    17. Ramer Medical Records

1017 - Escafuro
          Escatura