# United States District Court
EASTERN DISTRICT OF WISCONSIN

USA,

       Plaintiff(s),

v.                                                CASE NO. 10-CR-12

MICHAEL RAMER,

       Defendant(s).

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

      The undersigned hereby acknowledges receipt of exhibits entered as evidence in the above captioned case on behalf of:

      ☒    Plaintiff

      ☒    Defendant

      An itemization of the exhibits submitted by the party(ies) indicated above, is attached to this document.

                                                JON W. SANFILIPPO
                                                Clerk of Court

Date: 4/15/13                                   By: S/C. STANTON
                                                      Deputy Clerk