LA

WIED AO 442 (Rev. 03/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 10-CR-12 |
| Michael Ramer | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Ramer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Release Violation Petition
☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Failure to appear for sentencing.

Date: Sep. 27, 2013

*Signature*

City and state: Milwaukee, Wisconsin

Lynn Adelman, District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on _____
at *(city and state)* See attached

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 10-CR-12 |
| Michael Ramer | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*        Michael Ramer                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Pretrial Release Violation Petition
☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

   Failure to appear for sentencing.

Date: Sep. 27, 2013

   *Signature*

City and state:   Milwaukee, Wisconsin

   Lynn Adelman, District Judge
   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/30/13 , and the person was arrested on 10/1/13
at *(city and state)* Tucson, AZ

Date: 10/1/13

Subject arrested by USMS and initialed on 10/3/13 in the District of Arizona.

   *Arresting officer's signature*

   *Printed name and title*