# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

ADELMAN

October 7, 2013

Jefferson Court Building
125 South Jefferson Street,
Room 102
Green Bay, WI 54301



USDC EDWI
RECEIVED IN GREEN BAY DIV
OCT 10 2013
AT ___ O'CLOCK ___ M
JON W. SANFILIPPO

Re: USA v. Ramer
Defendant: Michael Ramer
Our Case No: 4:13-mj-05660-TUC-N/A(DTF)
Your Case No: 10-CR-12

Dear Clerk:

In connection with the above-entitled Removal Proceedings, enclosed is a copy of the filings from our court and instructions on how to download the electronic case. Files to include the docket sheet, returned warrant, and any pleadings held in our court.

Please acknowledge receipt of same on the copy of this letter and return to the Tucson office for filing.

Brian D. Karth, Clerk

/s/ SBeckman
By: SB, Deputy Clerk

cc: Eastern District of Wisconsin

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

WIED AO 442 (Rev. 03/12) Arrest Warrant

I hereby attest and certify on 10/9/13
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By /s/ Beckner_____ Deputy

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

13-05660M

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | 10-CR-12 |
| Michael Ramer | ) | |
| *Defendant* | ) | |

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
OCT -3 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Ramer
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Failure to appear for sentencing.

Date: Sep. 27, 2013

_____
*Signature*

City and state: Milwaukee, Wisconsin

Lynn Adelman, District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/30/13, and the person was arrested on 10/1/13
at *(city and state)* Tucson, AZ

Date: 10/1/13

Subject arrested by USMS
and initialed on 10/3/13
in the District of Arizona.

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE: 10/3/2013          CASE NUMBER: 13-05660M

USA vs. Michael Ramer

U.S. MAGISTRATE JUDGE: MAGISTRATE LESLIE A. BOWMAN   Judge #: 70BX

U.S. Attorney Monte Clausen          INTERPRETER REQ'D N/A

Attorney for Defendant Matei Tarail (AFPD)

INITIAL APP: ☒ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☐ CUSTODY

☒ Complaint Filed ☒ DOA 10/3/2013   ☐ Warrant Other District   ☐ Financial Afdvt taken
                                    ☐ Warrant Phx Div.          ☐ No Financial Afdvt taken
                                    ☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be SAME.
  Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ 18§ 3142(f)  ☐ 18§ 3142(d)

PSA recommends _____ ; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Held ☐ Cont'd<br>Set for:<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the District of Wisconsin, that there is probable cause to believe that this defendant is the person, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____

I hereby attest and certify on 10/7/13 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By: /s/ A Beckman   Deputy

Recorded by Courtsmart
BY: Armida Butler
Deputy Clerk

IA: 0
dh: 0
rh: 0   Start time: 2:15
        Stop time: 3:02

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

I hereby attest and certify on 10/2/13 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
/s/ Beekner, Deputy

FILED ✓    LODGED ___
RECEIVED ___    COPY ___
OCT - 3 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America )
v. ) Case No. 13-05660M
)
) Charging District's Case
Michael Ramer ) No.10-CR-12
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Oct 3, 2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MATEI TARAIL
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Ramer<br>*Defendant* | )<br>)<br>) Case No. 13-05660M<br>)<br>) Charging District's<br>) Case No. 10-CR-12 |

FILED ✓    LODGED ___
RECEIVED ___ COPY ___

OCT – 3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __EASTERN__ District of __WISCONSIN__,
*(if applicable)* __MILWAUKEE__ division. The defendant may need an interpreter for this language:

_____

The defendant:   ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: Oct 3, 2013

*Leslie A. Bowman*
*Judge's signature*

Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

I hereby attest and certify on 10/4/13
_____ document is a full, true and correct
_____ and in my cus-
_____

CLERK, U.S. DISTRICT _____
DISTRICT OF ARIZONA

By /s/ Beckner  Deputy